1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                 FOR THE EASTERN DISTRICT OF CALIFORNIA

9   JEFFREY E. WALKER,

10           Plaintiff,                    No. CIV S-09-0916 WBS DAD P

11       vs.

12  D. SILBUGH, et al.,

13           Defendants.                   ORDER

14  _____/

15           On January 11, 2010, the court filed findings and recommendations

16  recommending that this action be dismissed for plaintiff's failure to file a second amended

17  complaint pursuant to the court's November 16, 2009 order.  Plaintiff has requested an extension

18  of time to file his second amended complaint.  The court will vacate the findings and

19  recommendations.  However, plaintiff is cautioned that he must comply with the court's

20  deadlines.  If plaintiff believes he cannot proceed with this action due to his current medical

21  condition, he may request voluntary dismissal without prejudice.

22           Accordingly, IT IS HEREBY ORDERED that:

23           1. The January 11, 2010 findings and recommendations (Doc. No. 15) are

24  vacated;

25           2. Plaintiff's February 3, 2010 motion for an extension of time (Doc. No. 16) is

26  granted; and

1

1            3.  Plaintiff is granted sixty days from the date of this order in which to file a

2    second amended complaint.

3    DATED: February 8, 2010.

4

5    _____

6    DALE A. DROZD
     UNITED STATES MAGISTRATE JUDGE

7    DAD:mp/4
     walk0916.36amc

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26