IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY E. WALKER,

    Plaintiff,   No. CIV S-09-0916 WBS DAD P

    vs.

D. SILBUGH, et al.,

    Defendants.   ORDER

_____/

    Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored and this action is dismissed without prejudice[1].

DATED: May 17, 2010.

    DALE A. DROZD
    UNITED STATES MAGISTRATE JUDGE

DAD:kly/4
walk0916.59

---

[1] Plaintiff is advised that he must comply with the statute of limitations should he return to federal court.